UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS RODRIGUEZ RICARDO, Petitioner, v. TIMOTHY S. ROBBINS, Field Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID MARIN, Field Office Director of Enforcement Operations, Los Angeles Field Office, Immigration and Customs Enforcement; and WARDEN, Warden of Otay Mesa Detention Center, Respondents. | Case No.: 3:26-cv-4184-JES-GC **ORDER FOR BOND HEARING** |

Before the Court is Petitioner Jorge Luis Rodriguez Ricardo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 6. In their return, Respondents state that they

do not oppose a bond hearing, in accordance with the Ninth Circuit's decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026). *Id.*

Accordingly, the Court **GRANTS** the petition as follows:

(1) The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **<u>fourteen days</u>** of this Order, unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **<u>may not</u>** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2) The government is **ORDERED** to File a Notice of Compliance within **<u>five days</u>** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Honorable James E. Simmons Jr.
United States District Judge